# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JEFFREY KLECKNER, #152465**                                                    **PETITIONER**

**v.**                                                     **CAUSE NO. 1:17CV325-LG-RHW**

**ANDREW MILLS, Warden**                                                          **RESPONDENT**

## ORDER TRANSFERRING CAUSE TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

Petitioner, an inmate of the Mississippi Department of Corrections, brings this *pro se* petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 along with a motion for leave to proceed *in forma pauperis*. Petitioner is challenging a state court conviction and sentence for sexual battery and lustful touching rendered by the Union County Circuit Court, which is located in the Northern District of Mississippi. Petitioner is currently confined in the South Mississippi Correctional Institution, which is located in the Southern District of Mississippi.

Title 28 U.S.C. § 2241(d) states that, when a person files a petition for a writ of habeas corpus and is in custody under the judgment and sentence of a state court with two or more federal judicial districts, the petition may be filed in the district court for the district where the person is in custody or in the district court for the district within which the state court was held that convicted and sentenced the person, and each district shall have concurrent jurisdiction. Further, the district court in which the petition is filed may "in the exercise of its discretion and in furtherance of justice transfer the application to the other district court for hearing

and determination." 28 U.S.C. § 2241(d); *see Bell v. Watkins*, 692 F.2d 999, 1013 (5th Cir. 1982).

Because Petitioner is challenging a state court conviction and sentence from a circuit court in the Northern District of Mississippi, this case will be transferred to the United States District Court for that district. In the exercise of this Court's discretion and in the furtherance of justice, it is hereby,

ORDERED that this petition for habeas relief is transferred to the United States District Court for the Northern District of Mississippi and that the petition and other pleadings filed in this civil action will be received in accordance with the orders and local rules of that Court and any applicable statute or law.

**SO ORDERED AND ADJUDGED** this the 4th day of December, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE