# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**JEFFREY KLECKNER**                                                              **PETITIONER**

**V.**                                                 **CIVIL ACTION NO.: 1:17CV208-SA-RP**

**ANDREW MILLS**                                                              **RESPONDENT**

## ORDER

Upon consideration of the petition in the above-entitled action, it is **ORDERED**:

1. Petitioner's motion to proceed *in forma pauperis* [3] is **GRANTED**.

2. No later than February 16, 2018, the respondent, through the Attorney General of the State of Mississippi, must file a response to this petition, along with full transcripts of all proceedings in the state courts of Mississippi arising from the conviction and sentence against the petitioner in the Circuit Court Union County, Mississippi, for sexual battery and lustful touching, if said transcripts are relevant to the response.

3. Within fourteen days of service upon him of a copy of the respondent's response, the petitioner may file his reply to the allegations contained in the response.

4. The Clerk of Court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Jim Hood, Attorney General of the State of Mississippi, or his lawful successor, to Assistant Attorneys General Jerrolyn Owens and Kelly McLeod. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

The petitioner is warned that failure to keep the court informed of his current address could also lead to dismissal of his lawsuit.

**THIS**, the 8th day of December, 2017.

                                                                  /s/ Roy Percy
                                                                  UNITED STATES MAGISTRATE JUDGE